AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | Case: 1:21-cr-00605 |
|---|---|
| v. | Assigned to: Judge Contreras, Rudolph |
| ISAAC WESTBURY | Assign Date: 9/29/2021 |
| AARON JAMES | Description: INDICTMENT (B) |
| ROBERT WESTBURY | Related Case No: 21-cr-00371 (RC) |
| *Defendants* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Robert Westbury,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Entering and Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1)), Disorderly and Disruptive Conduct in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(2)), Disorderly Conduct in a Capitol Building (40 U.S.C. § 5104 (e)(2)(D)), Parading, Demonstrating, or Picketing in a Capitol Building (40 U.S.C. § 5104(e)(2)(G)).

Date: 09/29/2021

Zia M. Faruqui
2021.09.29
18:11:07 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

United States Magistrate Judge Zia M. Faruqui
*Printed name and title*

### Return

This warrant was received on *(date)* 09/29/21, and the person was arrested on *(date)* 10/4/21
at *(city and state)* Lindstrom, MN.

Date: 10/4/21

*Arresting officer's signature*

Laura A. Anderson, Special Agent FBI
*Printed name and title*