UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT WESTBURY,<br><br>               Defendant. | Case No.: 1:21-cr-00605-003 RC<br><br>**MOTION TO CONTINUE STATUS HEARING** |

COMES NOW, counsel for Robert Westbury, to respectfully request this honorable court to continue the status hearing currently set for October 29, 2021, to an earlier or later date.  As grounds for this motion counsel would state:]

    1.  The status hearing is currently set for October 29, 2021.

    2.  The date for the hearing was set at the defendant's initial appearance before the magistrate judge and the date for the hearing was provided by this court's chambers with only one alternate hearing date.

    3.  Both of the dates provided by chambers conflicted with the calendars of counsel for the defendants and the October 29th day was set with the understanding that undersigned would file a motion for a continuance.

    WHEREFORE, counsel respectfully requests that this motion be granted.

Dated:  October 13, 2021

| | | |
|---|---|---|
| *United States v. Robert Westbury*<br>Case No. 1:21-cr-00605-003 RC<br><br>Motion to Continue Status Hearing<br>Page No. 1<br><br>CONTINUE 21/10/13 09:11:05 | | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone:  202.638.4100<br>Email:  dcgunlaw@gmail.com |

                                                    _____
Joseph R. Conte, Bar #366827
Counsel for Robert Westbury
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:        202.638.4100
Email:   dcgunlaw@gmail.com