UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Cases No. 21-CR-605** |
| | ) | |
| **ISSAC WESTBURY, et al** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Cases No. 21-CR-605** |
| | ) | |
| **JOHAN WESTBURY, et al** | ) | |
| **Defendants** | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants: Jonah Westbury, Isaac Westbury, Robert Westbury, and Aaron James.

Dated: July 6, 2022                           Respectfully Submitted,

                                              /s/ William L. Shipley
                                              William L. Shipley, Jr., Esq.
                                              PO BOX 745
                                              Kailua, Hawaii 96734
                                              Tel: (808) 228-1341
                                              Email: 808Shipleylaw@gmail.com

                                              *Attorney for Defendants*