**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES, | ) |
| v. | ) Case No. 1:21-cr-605 |
| WESTBURY | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney Jonathan Gross, who was admitted to this Court, hereby enters his appearance as counsel for Defendants Jonah Westbury and Robert Westbury.

Dated: November 5, 2024

Respectfully Submitted,
/s/ Jonathan Gross
JONATHAN GROSS
Bar ID: MD 0126
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on November 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross